UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOMINIC REED                                                                                       PLAINTIFF
ADC #171214

v.                                            4:18CV00782 SWW

CHARLES E. CLAWSON, JR.,                                                                DEFENDANT
Judge, Faulkner County Circuit
Court

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. After a careful review of Mr. Reed's timely objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. This case is DISMISSED, WITH PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) because he seeks monetary relief against a defendant who is immune from suit; and

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of November, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE