UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOMINIC REED**  **PLAINTIFF**
**ADC #171214**

**v.**  **4:18CV00782 SWW**

**CHARLES E. CLAWSON, JR.,**  **DEFENDANT**
**Judge, Faulkner County Circuit Court**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 28th day of November, 2018.

                                                /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE